FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Alvin Singer # 2472037
Print the full name (first - middle - last) and prisoner number of the plaintiff in this action.

CIVIL ACTION

NO. 19-9791

versus

SECTION

SECT. S MAG 5

Marlin N. Gusman
DR. Nguyen
L. Pittman
Mrs Gray
M. Trudeau
P. Riley
Print the full name of all defendants in this action.
**DO NOT WRITE *et al.***

COMPLAINT

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( ) No (✓)

TENDERED FOR FILING

APR 24 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

III. A (continued) - ADDITIONAL PLAINTIFFS In Re:________________

(Complete the information below for each additional plaintiff. Each additional plaintiff must read plaintiffs' declaration below and personally sign.)

Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Full Name of Plaintiff (First - Middle - Last) Alvin Singer
Prisoner Number 2472037
Address 3000 Perdido St. N.O. LA. 70119
Date of Birth 5/28/59
Date of Arrest 6/30/2018
Date of Conviction __________
Signature Alvin Singer

Full Name of Plaintiff (First - Middle - Last) __________
Prisoner Number __________
Address __________
Date of Birth __________
Date of Arrest __________
Date of Conviction __________
Signature __________

Full Name of Plaintiff (First - Middle - Last) __________
Prisoner Number __________
Address __________
Date of Birth __________
Date of Arrest __________
Date of Conviction __________
Signature __________

B. If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

Plaintiffs NONE

Defendants NONE

2. Court (If federal court, name of the district court; if state court, name the parish.)

3. Docket Number NONE

4. Name of judge to whom case was assigned NONE

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

NONE

6. Approximate date of filing lawsuit NONE

7. Approximate date of disposition NONE

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( ) No (✓)

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

II. PLACE OF PRESENT CONFINEMENT: Orleans Justice Center

A. Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( )

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is "yes",

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. ____________

______________________________________________

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? Yes

D. If your answer is NO, explain why you have not done so: ______________

## III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A. Full Name of Plaintiff (First - Middle - Last) Alvin Singer

Prisoner Number 2472037

Address 3000 Perdido St New Orleans, LA 70119

Date of Birth 5\28/59

Date of Arrest 6\30/2018

Date of Conviction NO conviction of yet.

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B. Defendant Marlin N Gusman is employed as Sheriff of Orleans Parish at Orleans Justice Center
Address for service: 3000 Perdido St New Orleans, La. 70119

C. Defendant DR. Nguyen is employed as Doctor of Orleans Parish at Orleans Justice Center
Address for service: 3000 Perdido St New Orleans, LA. 70119

D. Defendant L. Pittman is employed as Grievance Nurse Orleans Parish at Orleans Justice Center
Address for service: 3000 Perdido St New Orleans, LA 70119

E. Defendant Mrs Gray is employed as Nurse Practitioner Orleans Parish at Orleans Justice Center
Address for service: 3000 Perdido St New Orleans, LA. 70119

F. Defendant M. Trudeau is employed as Mental Health Counsel Orleans Parish at Orleans Justice Center
Address for service: 3000 Perdido St New Orleans, LA. 70119

G. Defendant P. Riley is employed as Mental Health Provisor Orleans Parish at Orleans Justice Center
Address for service: 3000 Perdid St New Orleans, LA. 70119

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

I Alvin Singer # 2472032, Is stating these facts as they happen. I been in custody here at O.J.C. Since 07/30/2018. I came to OJC all beating-up, plus, I have Arthritic in all my joints, and through-out my whole body. Both of my Knees, I had surgery on, and both is bad, with fluid in them, and both is swelling. I use a walker on the street, and a walking cane. I also have chronic back pain, due to a dislocated disc in my lower back. I also have

A Needle broke off in my right arm, which been there since 1996 when I came to OJC in central lock-up. I brought all my concerns

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Since June of 2018, I been suffering here at Orleans Justice Center, I have complainted to medical and mental health of my situations and was address to none of them. I have constantly put in sick-call requests and grievance doing my stay here at Orleans Justice Center letting medical and mental health know of injuries and mental health problem. Orleans Justice Center medical staff and mental health department have all my records of all my injuries, all the medication and meds I take for M.H. I want to have them pay for not doing their jobs. Compensate me for the pain and suffering I'm still going through.

VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this April day of 18th, 2019.

Alvin Singer
(Signature of Plaintiff)

10/2015

to medical staff, as I was being book. I explained all my injuries and symptoms to the nurse. I even explained to the nurse what medication I was taking for my injuies and symptoms when I was on the street. I acknowledge to the nurse where I was seeing my doctor and mental health provider, and where I was picking up my medication. July 3RD of 2018. I was put on B-1 pod. That same day, 7/3/2018, around 9:30 A.M. The nurse who's brings our meds, This nurse didn't have any of the medication I was taking on the street, and they, the medical staff have a copy of all medication I was taking on the streed that was prescribe by my Doctor. I been incarcerated here at Orleans Justice Center as of now 7 months, and the only meds the medical staff is giving me is naproxen 500 MG, and Tylenol, 500 MG. I'm not getting my Cephalexin 500 MG/ ibuprofen 800 MG/ fluticasone 50 Mcg/actuation nasal spray/ gabapentin 300 MG./ loratadine 10 mG/ Meloxicam 7.5 MG/ methocarbamol 750 MG/ [redacted] traZoDone 50 MG/ I do know I cannot get my HYDROcodone-acetaminophen 5:325 MG, because its a narcotic with the lidocain (PF) (XYLOCAINE) 10 mg/mL (1%). But all the rest of my prescribe medication, which was prescribe by my Doctor Scott Michael Francioni, MD located at 1020 St Andrew Street New Orleans, LA. 70130, I even gave them my DR. phone number, and still, I'm not getting any of my med, but naproxen 500 Mg, and Tylenol 500 Mg. From July of 2018 until now, which is Feb. 18, 2019. I Alvin Singer put in grievance complaining about the medical staff and mental health department, that they haven't done anything about my injuries or my symptoms. I was treated for vigorouly depression, very high Anxiety, PTSD, Biplar, skipafratic. And the meds I was on for these symptoms, am not getting, but my mirtazapin, On 10-22-2018, L. Pittman, LPN grievance nurse, spoke with me fact to face concerning my medical issues. Her response was, according to medical records, I was in the clinic for my right elbow fracture, and base upon results here at this facility showed a fracture. You were send to the hospital and it was determined at that time, according to the medical paperwork from UMC Hospital, you did not have a fracture. First of all. On 10/2/2018. I Alvin Singer put in a medical request, explaining about this needle broke off in my right arm, and the swelling of both of my knees. I never did put in a sick-call request for no fracture. When I took x-rays here at Orleans Justice Center, I went to find out about this needle which has been broke off in my right arm

for decades. When the results came back. They x-rays didn't found any Needle in my right arm, but their x-rays clearly showed that I had a fracture bone in my right elbow. This comes from Mrs. Gray NP, and the Doctor. DR. Nuguyen. On 10/8/2018, they told me that I will be going to UMC for this fracture OJC x-rays showed. On the same day, 10/8/2018. I was brought to UMC, and when I got to UMC, The Nurse ask me what was my reason for coming to emergency. I told the nurse, that the medical staff at Orleans Justice Center, Mrs. Gray and DR. Nuguyen said I have a broken bone in my right elbow. UMC took some x-rays of my right arm. The x-ray technician told me that the x-rays will also find the Needle I explain to her. The UMC x-ray technician, she took like "8" x-rays of my right elbow and my right arm. Where Orleans Justice Center, technicianne only took "3" x-rays of my right elbow. That same day in UMC emergency room 10/8/2018, around 8:15 P.M. The x-ray technician came back, and the DR. And the DR. told me that I do not have a broken bone or a fracture in your right arm. But you do have a Needle broke off in your right arm, with Arthritic. Even the duputy, House was upsetted, because she was the duputy who had to take me to UMC, where she could have been home watching the Saints game, as where me. Ms. Beth from MacArthur Justice Center is helping me to get the right Treatment from Orleans Justice Center, plus Miss Maddie Inglis from P.D. client Advocate is also behind me, helping me to get my right medication. I have put in more sick-call requests explaining about this Needle in my right arm, how it's causing my whole arm to lock-up, on me, especially when I'm writting. All my fingers and thump lock-up on me. When I put in a grievance to Ms. Pittman, the grievance nurse explaining on the grievance, that this Needle is causing my right elbow to swell-up, and lock-up on me. The response I receive from K. Kelly months ago to days date, which is 2/22/2019, stating that their x-rays and UMC x-rays showed that I do not have a Needle in my right arm. K. Kelly and Ms. Pittman are both lairs. I have all the facts and I can proved that UMC founded a Needle in my right arm. Around April or May of 2018. I made an emergency to UMC because my whole right arm [redacted] had lock-up on me, and the pain was

extremely painful. And this how I found out I had a Needle in my right Arm. When the x-ray technician took my x-rays of my right arm, she showed me where this Needle was located in my right arm. Right below my right elbow. And this was around April or May of 2018. And on 10/8/2018, UMC found the same Needle in my right arm. Beth from MacArthur Justice Center have all my records stating that I have a Needle in my right Arm. Maddie Inglis, the client Advocate, also have my medical records stating that I have a Needle in my right arm. Right now, I'm not getting any of the medication I was taking on the street. Mental Health put me on Prezosa 2 mg, which was suspose to held control my nightmares, and stop me from seeing these images of my desease mother, sister, and brother. But this Prezosa starting breaking me out with rashing all over my body. I made sick-call, explaining what this reaction from this medication Prezosa was doing to me. DR. Nguyen took me off this Prezosa, and e.mail mental health, letting mental health know what the reaction of this Prezosa was doing to my body. Mental Health reponse was, I will see you within 24 hrs. I didn't see mental health until a month later. So now mental health have me on Mirtable-pine 15 mg, and sertraline 150 mg. I been here at Orleans Justice Center "7" month, since 6/30/2018. And as I mention, I never did seen any professional specialist, No x-rays or MRI, and I know for a fact, that I Need Knee surgery for both of my knees. My Physical therapy already acknowledge this to me last year of March. And my DR Scott Michael Francioni, MD, located at 1020 St Andrew Street, that ST. Thomas Community Health Center, and all this information, the medical staff here at Orleans Justice Center have. I'm not getting any of my medication for my arthritic, or medication for my chronic back pain. And mental health change all my meds I was on when I was on the street. I have suffer constantly here at Orleans Justice Center, and still suffering with pain, and discomfort. I'm in a wheelchair, because I cannot stand, or do any prolong walking, can't go up any stairs. I Need help and I am not getting any here at Orleans Justice Center.

Alvin Singer # 2472037
Orleans Justice Center/B-4
3000 Perdido Street
New Orleans, Louisiana 70119

NEW ORLEANS P&DC 70113
WED 24 APR 2019 AM

FOREVER USA
FOREVER USA

C-151

To: Clerk's Office
United State District Court
Eastern District Of Louisiana
500 Poydras Street
Room C-151
New Orleans, Louisiana 70130

Uncensored - OPSO
not responsible for contents