UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALVIN SINGER #2472037                                             CIVIL ACTION

VERSUS                                                                          NUMBER: 19-09791

MARLIN N. GUSMAN, ET AL.                                      SECTION: "S"(5)

## O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, and it further appearing to the Court that the motion has merit, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Defendants' motion is granted and that Plaintiff's §1983 claims against all Defendants are dismissed for failure to state a claim upon which relief can be granted.

New Orleans, Louisiana, this   17th   day of   August  , 2020.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE